No. 04–124. KANT ET UX. *v.* BREGMAN, BERBERT & SCHWARTZ, L. L. C. C. A. 4th Cir. Motion of Property Rights Foundation of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–147. POLK, WARDEN *v.* ALLEN. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–192. DE ARMAS ET AL. *v.* KINGSLAND. C. A. 11th Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 04–266. MORRIS COMMUNICATIONS CO., LLC *v.* PGA TOUR, INC. C. A. 11th Cir. Motion of American Society of Newspaper Editors et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 04–5093. MILLER *v.* VANNATTA, SUPERINTENDENT, MIAMI CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari before judgment denied.

No. 04–5138. GREEN *v.* RAWERS, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–5139. JONES *v.* BOSTON HOUSING AUTHORITY ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–5197. METZSCH *v.* AVAYA, INC. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 04–5297. HUICOCHEA MEJIA *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to consolidate this case with No. 04–104, *United States* v. *Booker,* and No. 04–105, *United States* v. *Fanfan* [certiorari granted, 542 U. S. 956], denied. Certiorari denied.